■ SLAVENBURG SOELLING CORPORATION, Appellant, v. W. A. ASSOMULL & Co., INC., et al., Respondents.— The test of whether a body execution should issue where the right depends on the nature of the action is whether the pleadings and proof show that the verdict was sought and obtained on one of the grounds specified in section 826 of the Civil Practice Act. There can be no dispute that conversion by a fiduciary is one of these grounds (Civ. Prac. Act, § 826, subd. 7). An assignor of an account receivable is such a fiduciary (*Vandeweghe* v. *Schwartz,* 187 App. Div. 219)'. The right to body execution is not affected by the fact that the conversion also constitutes a breach of contract and is so pleaded. Nor is it significant that the execution is sought against an individual defendant who participated in the conversion rather than the corporation which made the assignment (*Rubin* v. *Freeman Elec. Constr. Co.,* 8 A D 2d 700). Such a participant in the conversion is liable for the conversion (*Hinkle Iron Co.* v. *Kohn,* 229 N. Y. 179). Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ B. C. MORTON NEW YORK CITY CORPORATION, Respondent, v. MARVIN WOLFSON, Appellant.— On an application for an injunction *pendente lite* the court directed that the case be placed on the calendar for a day certain for immediate trial. Such a direction can only be made if the case is at issue at the time (New York County Supreme Court Special Term Rules, rule II, subd. 8). The difficulty might have been obviated by consent to serve an answer within less than the statutory period or even by joining issue by way of deeming the allegations of the complaint to be denied. In the absence of any such consent and the case not being at issue, placing it on the calendar violated the rule. However, since that time issue has been joined and plaintiff could now be entitled to the relief he sought, or if consent be withheld it might become advisable to reconsider the application for a temporary injunction. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.